**00–2307. Kolar v. Ohio Cas. Group.**

Cuyahoga App. No. 77240. Reported at 91 Ohio St.3d 1471, 744 N.E.2d 192. On motion for reconsideration. Motion denied.

RESNICK, F.E. SWEENEY and COOK, JJ., dissent.

**00–2320. Triplett v. Liberty Mut. Ins. Co.**

Lucas App. No. L–99–1340. Reported at 91 Ohio St.3d 1474, 744 N.E.2d 194. On motion for reconsideration. Motion denied.

DOUGLAS and RESNICK, JJ., dissent.

**00–2335. Porritt v. Howard.**

Lucas App. No. L–00–1259. Reported at 91 Ohio St.3d 1471, 744 N.E.2d 192 . On motion for reconsideration. Motion denied.

**01–240. State ex rel. Howard v. Seaway Foodtown, Inc.**

Franklin App. No. 99AP–855. Reported at 91 Ohio St.3d 1470, 744 N.E.2d 191. On motion for reconsideration. Motion denied.

# DISCIPLINARY DOCKET

**01–412. Cleveland Bar Assn. v. Cleary.**

On motion for admission *pro hac vice* of Christopher A. Ferrara by Thomas W. Condit. Motion granted.

*Thursday, May 3, 2001*

# MOTION DOCKET

**01–461. Lefkowitz v. Wayne Cty. Bd. of Revision.**

Board of Tax Appeals, No. 98–L–688. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion to remand case to Board of Tax Appeals upon settlement,

IT IS ORDERED by the court that the motion to remand be, and hereby is, granted, and this cause is remanded to the Board of Tax Appeals for entry of an order.

**01–807. State v. Scott.**

Cuyahoga App. No. 79506. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

IT IS ORDERED by the court, *sua sponte,* that oral argument be rescheduled for Thursday, May 10, 2001, at 2:30 p.m. Oral argument shall be limited to twenty minutes per side.